# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133606 & (43)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

WMS GAMING, INC.,
            Plaintiff-Appellee,

v

DEPARTMENT OF TREASURY,
            Defendant-Appellant.

SC: 133606
COA: 269114
Ingham CC: 95-000020-MT

_____/

On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the February 27, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

Clerk

t0723